# United States District Court

WESTERN  DISTRICT OF  NORTH CAROLINA

UNITED STATES OF AMERICA
V.

James Otis Henderson, aka
Jamie Henderson

SEALED

**WARRANT FOR ARREST**

CASE NUMBER: 1:07mj80

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___James Otis Henderson, aka Jamie Henderson___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to commit the offense of Illegal Gambling Business and Money Laundering, and Witness Tampering

in violation of Title ___18___ United States Code, Section(s) ___371, 1955, 1956 and 1512___

| | |
|---|---|
| Honorable Dennis L. Howell | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Dennis E Howell* (signature) | July 27, 2007  Asheville, North Carolina |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |